F I L E D
CLERK, U.S. DISTRICT COURT

JAN 16 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rsm _____ DEPUTY

Neeraj Chauhan

HN 55, Street D 371

2nd Floor, HR 121102

Email: Neerajchauhan@outlook.in

Telephone: (989) 689-2514

Plaintiff *in Pro Se*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEERAJ CHAUHAN,<br><br>　　　　Plaintiff,<br><br>　　　　　vs.<br><br>GOOGLE LLC,<br><br>　　　Defendant. | Case No.: **2:23-CV-00329-MWF-RAOx**<br><br>**COMPLAINT**<br><br><br><br>[Demand For Jury Trial] |

## I.　JURISDICTION AND VENUE

1.　This Court has original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States, pursuant to 28 U.S.C. §§ 1331. This Court has subject matter jurisdiction over this action under civil rights, which arises under federal laws, pursuant to 28 U.S.C. §§ 1343.

2.　This Court has personal jurisdiction over Defendant, which has its principal place of business in Mountain View, California.

3.　This Court has diversity jurisdiction over the cause of action alleged in this Complaint pursuant to 28 U.S.C. § 1332 because complete diversity exists between Plaintiff and Defendant, and because the amount in controversy exceeds $75,000.

Page **1** of **11**

4.      Venue is proper pursuant to the United States District Court in this District of California because the events and omissions giving rise to Plaintiff's claim occurred in Santa Clara County, California under 28 U.S.C. § 1391(b) and the Defendant resides and regularly conducts business in this district.

## II.      PARTIES

5.      Plaintiff Neeraj Chauhan is a resident of Haryana, India.

6.      Defendant Google LLC is a corporation organized under the laws of the State of Delaware with its headquarters and principal place of business at 1600 Amphitheatre Parkway, Mountain View, California 94043.

## III.      BACKGROUND CONCERNING GOOGLE

### A.  Introduction of Googles

7.      Google is the world's most widely used search engine and seemingly ubiquitous global leader focusing on how people connect with information and how they will connect with information in the future that offers to the public through its Google Accounts a variety of online services, including email, cloud storage, digital payments, and productivity applications, which can be accessed through a web browser or mobile applications.

### B.  Google's Terms of Service and Related Policies

8.      Regardless of the Google service used, all Google users must agree to Google's ToS ("Contract"). Whenever Google updates its ToS, users are notified and must agree to the updated terms to continue using Google's services. The Google ToS "Terms of Service" require users to "comply with applicable laws" and prohibit users from misuse. That contract can be found at *See at https://policies.google.com/terms/archive/20171025* and also attached as *Ex. 1.*

## IV.      FACTS RELEVANT TO ALL CLAIMS

9.      Defendant Google LLC ("Google") abruptly terminated Google Account myneerajchauhan@Gmail.com (the "Google Account") on March 23, 2020. This account was eight years old. This account was very important and contained with many types of content and intellectual properties.

Page **2** of **11**

10. Furthermore Plaintiff requested multiple times to Defendant to provide intellectual properties and content from this account. But defendant neither replied on his requests nor provided content. As a direct and proximate result of defendant's wrongful conduct entire valuable content and intellectual properties within the account lost completely.

11. Defendant's wrongful misconduct caused substantial damages including but not limited to irreparable damages of, mental harassment, goodwill, intangible, mental torment, economical and non-economical. This proximate result caused serious mental tort for a very long period of two years and is still ongoing.

## V. FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF

### A. Defendant's unlawful misconduct caused significant harm to Plaintiff

12. On March 23, 2020, Defendant abruptly terminated user account. Plaintiff endeavored at all times to comply with Google's contract. Defendant took such harsh and unfair action against Plaintiff, notwithstanding their good faith efforts to comply with Google's policies. Plaintiff has suffered and will continue to suffer irreparable loss due to the breaches of the Defendant.

13. Moreover Plaintiff is suffering due to Defendant outrageous misconduct for last two years and is still suffering. Google's termination of Plaintiff's account was unauthorized, unfair and inconsistent with the contract. Google subsequently unlawfully withheld all valuable intellectual properties and content that belonged to the user after account termination.

### B. Defendant's unlawful breached the contract caused significant harm to Plaintiff

14. A valid contract, to wit, Google's Terms of Service for Google account users, exists between the parties. *See Ex.1*. In the contract, Google agreed to do, inter alia, the following things that it will: (1) inform Plaintiff when they terminate services; (2) provide an appeals process; (3) not terminate the accounts unless it fits within certain reasons for account termination; (4) notify the Plaintiff in advance of any termination with sufficient time for them to download content. Plaintiff did all, or substantially all, of the significant things that the contract required him to do; alternatively, Plaintiff was excused from doing them.

15.     Defendant Google failed to comply with the contract in that it: (1) failed to give the advance notice; (2) terminated Plaintiff's account without cause; (3) failed to give sufficient or any time to download content; and (4) failed to provide the appeals process it promised. Plaintiff has been irreparably harmed by Defendant's failure to comply with the contract and these damages are still ongoing.

## VI.     FIRST CLAIM FOR RELIEF
### (Breach of Contract)

16.     Plaintiff incorporates and realleges the allegations contained in the preceding paragraphs as if set forth in full herein.

17.     A valid contract, to wit, Google's Terms of Service exists between the parties; that contract can be found at *See at https://policies.google.com/terms/archive/20171025*.

18.     Access to and use of Google all services, including Gmail and Google Voice, Google Drive, Google Photos, YouTube are governed by Google's contract and related Google policies.  Plaintiff agreed to and became bound by Google's contract when Plaintiff used Google services.

19.     When Plaintiff agreed to and became bound by Google's ToS, both Plaintiff and Defendant knew or could have reasonably foreseen that the harm and injury to Plaintiff was likely to occur in the ordinary course of events as a result of Defendant's breach.

20.     Pursuant to obligation of the contract states as "We believe that you own your data and preserving your access to such data is important. If we discontinue a Service, where reasonably possible, we will give you reasonable advance notice and a chance to get information out of that Service." *See Ex 1*. But Google breached the contract by failing to provide advance notice prior to termination and an opportunity to recover data from the account.

21.     *Google May Terminate an Account for Cause:* The provision governing Google's termination of accounts states as follows: "Google may terminate your account if you repeatedly infringe copyright". *See Ex. 1.*

**COMPLAINT**

22.     *Defendant failed to comply with the contract in that:* As set forth below with particularity as to Plaintiff, Google breached the contract because it terminated the account despite the following fact that user did not infringe copyright repeatedly.

23.     Defendant failed to perform the obligations as the parties agreed and as specific under the parties' contract. Defendant's repeated actions and/or inactions constitute multiple breaches of the contract, each of which caused Plaintiff to incur damages.

24.     Defendant has engaged in many associated acts and omissions associated with the contract, each of which constitutes a separate and distinct breach of the contract.

25.     Plaintiff has incurred substantial injuries due to defendant's breaches and plaintiff does not have any other recourse; therefore should be entitled to including, but not limited to, compensatory, statutory, consequential and general damages.

26.     Defendant's actions caused Plaintiff to incur losses and other economic damages, including, among other things, the expenditure of resources to investigate and remediate. As direct and proximate result of Google's wrongful conduct caused plaintiff damages of earnings, emotional distress, intangible damages. Plaintiff has been damaged in excess of $50 million. The exact amount will be proven at trial.

27.     Plaintiff is entitled to specific performance of the contract. Plaintiff is entitled to compensatory damage relief. Defendant act was extreme obsessive, oppressive, malicious as such, in addition to the other relief sought herein; Plaintiff should be entitled for an award of exemplary and punitive damages against defendant to the maximum extend as permitted by law.

## VII.     SECOND CLAIM FOR RELIEF
### (Violation of Intellectual Property Rights Act)

28.     Plaintiff incorporates all prior allegations of this Complaint by this reference.

29.     Plaintiff alleged that pursuant to contractual obligation it was stipulated that "Some of our Services allow you to upload, submit, store, send or receive content. You retain ownership of any intellectual property rights that you hold in that content. In short, what belongs to you stays yours." *See Ex. 1.* But Google violated Intellectual properties rights and contractual obligations by not providing Plaintiff any content and intellectual properties saved within account.

**COMPLAINT**

30.     Furthermore Plaintiff alleged that Defendant negligently, willfully and/or intentionally terminated account. They had not provided any notices, and certainly no advance notices, whether or why they terminated this Google Account. Under this circumstances plaintiff lost entire valuable content and intellectual property.

31.     The law of intellectual property can be seen as analogous to the law of tangible property in that both consist of a bundle of rights conferred upon the property owner. Defendant negligently, willfully and intentionally caused substantial irreparable damages.

32.     Defendant has engaged in many associated acts and omissions associated with the contract, each of which constitutes a separate and distinct violation of intellectual property rights of Plaintiff. Plaintiff has incurred substantial injuries due to Defendant's breaches.

33.     Accordingly, no compelling, significant, or legitimate reason justifies Defendant's actions. As a direct and proximate result of Google's wrongful conduct, Plaintiff has been damaged in excess of $50 million. The exact amount will be proven at trial.

34.     Defendant act was extreme obsessive, oppressive, malicious as such, in addition to the other relief sought herein; Plaintiff should be entitled for an award of punitive damages to the maximum extent permitted by law against Defendant to punish the wrongdoer and to deter wrongful misconduct.

## VIII.    <u>THIRD CLAIM FOR RELIEF</u>

### (Breach of the Implied Covenant of Good Faith and Fair Dealing)

35.     Plaintiff incorporates by reference the allegations in the above paragraphs as if fully set forth herein.

36.     There exists in every contract, including Google's agreement with the plaintiff an implied covenant of good faith and fair dealing. Further, Plaintiff never received any notice or instruction on what method or procedure, if any, could or should be used by Plaintiff to restitute his account and content.

37.     Plaintiff had performed all conditions, covenants, and promises required of it in accordance with Google's contract.

**COMPLAINT**

38.     Google has breached the implied covenant of good faith and fair dealing.  Google violated this covenant by terminating the plaintiff's Google account agreement for purported violations of its policies; even though the plaintiff endeavored at all times to comply with Google's policies and itself brought potential issues to Google's attention so that it could resolve them to Google's satisfaction. Next, Google compounded its violation of the covenant by withholding all content and intellectual properties of the account user after termination. Google made no effort whatsoever to return content to the account user in any way.

39.     Google willfully engaged in the forgoing acts and omissions with full knowledge that they were bound to act consistently with the covenant of good faith and fair dealing. Those acts and omissions were not only failures to act fairly, and in good faith, but they were acts of oppression, discrimination, fraud, and actual malice.

40.     As a direct and proximate result of the aforementioned conduct of Google, plaintiff suffered and continues to suffer, immediate and irreparable injury in fact, including mental tort, emotional distress, reputation, and goodwill, for which there exists no adequate remedy at law. As a direct and proximate result of Google's wrongful conduct, Plaintiff has been damaged in excess of $50 million. The exact amount will be proven at trial.

41.     Plaintiff is further informed and believe, and based thereon allege, that Defendant has acted extreme oppression, or malice as such, in addition to the other relief sought herein; Plaintiff should be entitled to an award of punitive damages in an amount sufficient to punish and deter wrongful misconducts in future, also may exceeds the actual damages.

## IX.     FOURTH CLAIM FOR RELIEF

### (Unfair Trade Practice)

42.     Plaintiff incorporates and re-alleged the allegations contained in the preceding paragraphs as if set forth in full herein.

43.     Plaintiff is likely to succeed on its contract claims alleging that Defendants breached contract by summarily terminated Plaintiff's Google Account. Unfair trade defines practice include any "unlawful, unfair, or fraudulent" business act or practice.  Google has

**COMPLAINT**

engaged in, and, upon information and belief, continues to engage in, acts of unlawful and unfair business acts and practices.

44.    The Terms of Service ("ToS") are clear, outlining cause for which Defendant may terminate Google accounts: "Google may terminate your Google account, if you infringe copyrights repeatedly".

45.    Google services allows users to discover, work and collaborate, share and other content, provides a forum for people to connect, inform, and inspire others across the globe, and acts as a distribution platform for original content creators and advertisers large and small. Defendant direct and proximate wrongful conduct caused many types of substantial irreparable damages which is not at all tenable under the law and a proof of unfair trade practice.

46.    The Defendant conduct: (a) is outrageous, Abuse of the position of authority knowledge of a victim's vulnerability to emotional distress, and acting with knowledge that the behavior would likely to cause emotional distress; (b) is reckless disregard, A Defendant will be considered to have acted with reckless disregard when: They knew that emotional distress would be a likely result, or they did not think about the probable consequences of their actions.

47.    As a proximate result of Defendant's wrongful conduct, Plaintiff has suffered and will continue to suffer great damage including but not limited to earnings, goodwill, reputation, intangible, economic and non-economic damages. Plaintiff has been damaged in excess of $50 million. The exact amount will be proven at trial.

48.    Plaintiff should be entitle for an award of Punitive damages for outrageous conduct and/or to reform or deter the Defendant and others from engaging in conduct similar to that which formed the basis of the lawsuit if injury specifically intended; punitive damages permitted under applicable laws against a Defendant, also may exceeds the actual damages.

## X.    FIFTH CLAIM FOR RELIEF

### (Breach of Implied Contract)

49.    Plaintiff incorporates and re-alleged the allegations contained in the preceding paragraphs as if set forth in full herein.

COMPLAINT

50.     Plaintiff pleads this claim in the alternative to the First Claim for Relief of Breach of Contract alleged above.

51.     Defendant Google failed to comply with the contract in that it: (1) failed to give the advance notice; (2) terminated Plaintiff's account without cause; (3) failed to give sufficient or any time to download content; and (4) failed to provide the appeals process it promised.

52.     As a direct and proximate result of defendant's violations of clearly established law under the breach of implied contract Plaintiff has suffered, and continues to suffer, immediate and irreparable injury in fact, including damage to mental health, reputation, and goodwill. Plaintiff has been damaged in excess of $50 million. The exact amount will be proven at trial. Plaintiff should be entitled for an award of punitive damages to deter wrongful conduct of Defendant pursuant to relevant facts and authorities

## XI.     SIXTH CLAIM FOR RELIEF

### (Intentional Infliction of Emotional Distress)

53.     Plaintiff realleges and incorporates by reference all preceding paragraphs.

54.     Plaintiff's final claim is for intentional infliction of emotional distress. The elements of such claim are: (1) the Defendant intended to cause emotional distress, or knew or should have known that his actions would result in serious emotional distress; (2) the Defendant's conduct was so extreme and outrageous that it went beyond all possible bounds of decency and can be considered completely intolerable in a civilized community; (3) the Defendant's actions proximately caused psychological injury to the plaintiff; and (4) the plaintiff suffered serious mental anguish of a nature that no reasonable person could be expected to endure.

55.     Plaintiff baffled to see that the account was terminated. Plaintiff endeavored at all times to comply with Google's contract. Moreover difficulties experienced after being malicious act, including stress, sleeplessness, strained relationships with family members, depression, and loss of self-confidence. Defendant malice act caused a prolonged Intentional Infliction of emotional distress for subsequent two years and is still ongoing.

56.     As a matter of both common sense and case law, emotional distress is a predictable, and thus foreseeable, consequence of violation; that by defendant's act and conduct plaintiff had got agonized noetically which is not at all tenable under the law and caused long termed serious emotional distress.

57.     The Defendant deliberated conduct caused the victim emotional distress so severe that it could be expected to adversely affects mental health. Therefore, plaintiff may be compensated for emotional as well as psychological injuries.

58.     Plaintiff has already suffered and will continue to suffer other forms of injury and/or harm including, but not limited to, anxiety, emotional distress, psychological, mental harassment, intangible, and other economic and non-economic damages.

59.     As a direct and proximate result of Google's unfair, malicious practice and wrongful conduct, Plaintiff has been damaged in excess of $50 million. The exact amount will be proven at trial.

60.     Defendant act was extreme obsessive, oppressive, malicious as such, in addition to the other relief sought herein; Plaintiff should be entitled for an award of punitive damages to the maximum extent permitted by law against Defendant to punish the wrongdoer and to deter dangerous misconduct.

## **REQUEST FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays the following relief:

A. Judgment awarding damages, including  but not limited to, compensatory, treble, consequential, general and statutory damages as permitted by law and in such amounts to be proven at trial;

B. Judgment awarding punitive and exemplary damages  as permitted by law and in such amounts to be proven at trial;

C. Judgment awarding for pain and suffering damages according to proof at trial;

D. Judgment awarding for special damages according to proof at trial;

E. Judgment awarding pre-judgment and post-judgment interest according to proof and to

Page **10** of 11

1    the maximum extent allowed by law at legal rates;

2    F.   To grant such other and further relief as the Court may deem just and proper.

3

4                                          Respectfully submitted,

5    Dated: January 16, 2023

6                                     By: */s/ Neeraj Chauhan*_____

7                                          Neeraj Chauhan

8                                          Plaintiff in Pro Se

9

10

11                          **<u>DEMAND FOR JURY TRIAL</u>**

12    Plaintiff respectfully demands trial by jury on all issues of law or fact so triable.

13

14    Dated: January 16, 2023

15

16                                     By: */s/ Neeraj Chauhan*_____

17                                          Neeraj Chauhan

18                                          Plaintiff in Pro Se

19

20

21

22

23

24

25

26

27

28

Page **11** of **11**

# EXHIBIT 1

GOOGLE TERMS OF SERVICE

Last modified: October 25, 2017 (view archived versions)

# Welcome to Google!

Thanks for using our products and services ("Services"). The Services are provided by Google LLC ("Google"), located at 1600 Amphitheatre Parkway, Mountain View, CA 94043, United States.

By using our Services, you are agreeing to these terms. Please read them carefully.

Our Services are very diverse, so sometimes additional terms or product requirements (including age requirements) may apply. Additional terms will be available with the relevant Services, and those additional terms become part of your agreement with us if you use those Services.

# Using our Services

You must follow any policies made available to you within the Services.

Don't misuse our Services. For example, don't interfere with our Services or try to access them using a method other than the interface and the instructions that we provide. You may use our Services only as permitted by law, including applicable export and re-export control laws and regulations. We may suspend or stop providing our Services to you if you do not comply with our terms or policies or if we are investigating suspected misconduct.

Using our Services does not give you ownership of any intellectual property rights in our Services or the content you access. You may not use content from our Services unless you obtain permission from its owner or are otherwise permitted by law. These terms do not grant you the right to use any branding or logos used in our Services. Don't remove, obscure, or alter any legal notices displayed in or along with our Services.

Our Services display some content that is not Google's. This content is the sole responsibility of the entity that makes it available. We may review content to determine whether it is illegal or violates our policies, and we may remove or refuse to display content that we reasonably believe violates our policies or the law. But that does not necessarily mean that we review content, so please don't assume that we do.

In connection with your use of the Services, we may send you service announcements, administrative messages, and other information. You may opt out of some of those communications.

Some of our Services are available on mobile devices. Do not use such Services in a way that distracts you and prevents you from obeying traffic or safety laws.

## Your Google Account

You may need a Google Account in order to use some of our Services. You may create your own Google Account, or your Google Account may be assigned to you by an administrator, such as your employer or educational institution. If you are using a Google Account assigned to you by an administrator, different or additional terms may apply and your administrator may be able to access or disable your account.

To protect your Google Account, keep your password confidential. You are responsible for the activity that happens on or through your Google Account. Try not to reuse your Google Account password on third-party applications. If you learn of any unauthorized use of your password or Google Account, follow these instructions.

## Privacy and Copyright Protection

Google's privacy policies explain how we treat your personal data and protect your privacy when you use our Services. By using our Services, you agree that Google can use such data in accordance with our privacy policies.

We respond to notices of alleged copyright infringement and terminate accounts of repeat infringers according to the process set out in the U.S. Digital Millennium Copyright Act.

We provide information to help copyright holders manage their intellectual property online. If you think somebody is violating your copyrights and want to notify us, you can find information about submitting notices and Google's policy about responding to notices in our Help Center.

# Your Content in our Services

Some of our Services allow you to upload, submit, store, send or receive content. You retain ownership of any intellectual property rights that you hold in that content. In short, what belongs to you stays yours.

When you upload, submit, store, send or receive content to or through our Services, you give Google (and those we work with) a worldwide license to use, host, store, reproduce, modify, create derivative works (such as those resulting from translations, adaptations or other changes we make so that your content works better with our Services), communicate, publish, publicly perform, publicly display and distribute such content. The rights you grant in this license are for the limited purpose of operating, promoting, and improving our Services, and to develop new ones. This license continues even if you stop using our Services (for example, for a business listing you have added to Google Maps). Some Services may offer you ways to access and remove content that has been provided to that Service. Also, in some of our Services, there are terms or settings that narrow the scope of our use of the content submitted in those Services. Make sure you have the necessary rights to grant us this license for any content that you submit to our Services.

Our automated systems analyze your content (including emails) to provide you personally relevant product features, such as customized search results, tailored advertising, and spam and malware detection. This analysis occurs as the content is sent, received, and when it is stored.

If you have a Google Account, we may display your Profile name, Profile photo, and actions you take on Google or on third-party applications connected to your Google Account (such as +1's, reviews you write and comments you post) in our Services, including displaying in ads and other commercial contexts. We will respect the choices you make to limit sharing or visibility settings in your Google Account. For example, you can choose your settings so your name and photo do not appear in an ad.

You can find more information about how Google uses and stores content in the privacy policy or additional terms for particular Services. If you submit feedback or suggestions about our Services, we may use your feedback or suggestions without obligation to you.

# About Software in our Services

When a Service requires or includes downloadable software, this software may update automatically on your device once a new version or feature is available. Some Services may let you adjust your automatic update settings.

Google gives you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you by Google as part of the Services. This license is for the sole purpose of enabling you to use and enjoy the benefit of the Services as provided by Google, in the manner permitted by these terms. You may not copy, modify, distribute, sell, or lease any part of our Services or included software, nor may you reverse engineer or attempt to extract the source code of that software, unless laws prohibit those restrictions or you have our written permission.

Open source software is important to us. Some software used in our Services may be offered under an open source license that we will make available to you. There may be provisions in the open source license that expressly override some of these terms.

# Modifying and Terminating our Services

We are constantly changing and improving our Services. We may add or remove functionalities or features, and we may suspend or stop a Service altogether.

You can stop using our Services at any time, although we'll be sorry to see you go. Google may also stop providing Services to you, or add or create new limits to our Services at any time.

We believe that you own your data and preserving your access to such data is important. If we discontinue a Service, where reasonably possible, we will give you reasonable advance notice and a chance to get information out of that Service.

# Our Warranties and Disclaimers

We provide our Services using a commercially reasonable level of skill and care and we hope that you will enjoy using them. But there are certain things that we don't promise about our Services.

Other than as expressly set out in these terms or additional terms, neither Google nor its suppliers or distributors make any specific promises about the Services. For example, we don't make any commitments about the content within the Services, the specific functions of the Services, or their reliability, availability, or ability to meet your needs. We provide the Services "as is".

Some jurisdictions provide for certain warranties, like the implied warranty of merchantability, fitness for a particular purpose and non-infringement. To the extent permitted by law, we exclude all warranties.

## Liability for our Services

When permitted by law, Google, and Google's suppliers and distributors, will not be responsible for lost profits, revenues, or data, financial losses or indirect, special, consequential, exemplary, or punitive damages.

To the extent permitted by law, the total liability of Google, and its suppliers and distributors, for any claims under these terms, including for any implied warranties, is limited to the amount you paid us to use the Services (or, if we choose, to supplying you the Services again).

In all cases, Google, and its suppliers and distributors, will not be liable for any loss or damage that is not reasonably foreseeable.

We recognize that in some countries, you might have legal rights as a consumer. If you are using the Services for a personal purpose, then nothing in these terms or any additional terms limits any consumer legal rights which may not be waived by contract.

## Business uses of our Services

If you are using our Services on behalf of a business, that business accepts these terms. It will hold harmless and indemnify Google and its affiliates, officers, agents, and employees from any claim, suit or

action arising from or related to the use of the Services or violation of these terms, including any liability or expense arising from claims, losses, damages, suits, judgments, litigation costs and attorneys' fees.

# About these Terms

We may modify these terms or any additional terms that apply to a Service to, for example, reflect changes to the law or changes to our Services. You should look at the terms regularly. We'll post notice of modifications to these terms on this page. We'll post notice of modified additional terms in the applicable Service. Changes will not apply retroactively and will become effective no sooner than fourteen days after they are posted. However, changes addressing new functions for a Service or changes made for legal reasons will be effective immediately. If you do not agree to the modified terms for a Service, you should discontinue your use of that Service.

If there is a conflict between these terms and the additional terms, the additional terms will control for that conflict.

These terms control the relationship between Google and you. They do not create any third party beneficiary rights.

If you do not comply with these terms, and we don't take action right away, this doesn't mean that we are giving up any rights that we may have (such as taking action in the future).

If it turns out that a particular term is not enforceable, this will not affect any other terms.

The courts in some countries will not apply California law to some types of disputes. If you reside in one of those countries, then where California law is excluded from applying, your country's laws will apply to such disputes related to these terms. Otherwise, you agree that the laws of California, U.S.A., excluding California's choice of law rules, will apply to any disputes arising out of or relating to these terms or the Services. Similarly, if the courts in your country will not permit you to consent to the jurisdiction and venue of the courts in Santa Clara County, California, U.S.A., then your local jurisdiction and venue will apply to such disputes related to these terms. Otherwise, all claims arising out of or relating to these terms or the services will be litigated exclusively in the federal or state courts of Santa Clara County, California, USA, and you and Google consent to personal jurisdiction in those courts.

For information about how to contact Google, please visit our contact page.