| | |
|---|---|
| 1 | Sunita Bali, Bar No. 274108 |
| | SBali@perkinscoie.com |
| 2 | Elliott Joh, Bar No. 264927 |
| | EJoh@perkinscoie.com |
| 3 | Torryn Rodgers, Bar No. 319126 |
| | TRodgers@perkinscoie.com |
| 4 | PERKINS COIE LLP |
| | 505 Howard Street, Suite 1000 |
| 5 | San Francisco, California 94105 |
| | Telephone: +1.415.344.7000 |
| 6 | Facsimile:  +1.415.344.7050 |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NEERAJ CHAUHAN, | Case No. 4:23-cv-00702-KAW |
|---|---|
| Plaintiff, | **DEFENDANT GOOGLE LLC'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| GOOGLE LLC, | Complaint Filed: January 16, 2023 |
| Defendant. | FAC Filed: March 7, 2023 |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google LLC discloses the following:

1. Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google LLC
2. XXVI Holdings Inc., Holding Company of Google LLC
3. Alphabet Inc., Holding Company of XXVI Holdings Inc.

Dated: May 30, 2023　　　　　　　　　　**PERKINS COIE LLP**

By: /s/ Elliott Joh
Sunita Bali
Elliott Joh
Torryn Rodgers

Attorneys for Defendant
GOOGLE LLC